UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIF SHAVEZ,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden of<br>Otay Mesa Detention Center.<br><br>                                    Respondent. | Case No.:  26cv2386-LL-JLB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**<br><br>[ECF No. 1] |

Before the Court is Petitioner Asif Shavez's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1 ("Pet.")], alleging that his prolonged detention of about thirteen months without a bond hearing violates the Fifth Amendment's Due Process Clause, the Immigration and Nationality Act, and the Administrative Procedure Act. Pet. ¶¶ 1, 18–48.

Respondent filed a Return, in which the government concedes that in considering prior rulings by courts in this district finding that prolonged detention without a bond hearing violates due process, as well as Petitioner's length of detention, "this Court should order that Petitioner receive a bond hearing, where the government would bear the burden

1

of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 4 at 1.

Accordingly, the Court **ORDERS** as follows:

1.    Petitioner's Petition for Writ of Habeas Corpus is **GRANTED**.[1]

2.    Respondent shall provide Petitioner with an individualized bond hearing before an immigration judge within **seven (7) days** of the date of this order.

   a.    At the hearing, the government **SHALL BEAR** the burden of establishing by clear and convincing evidence that Petitioner would likely flee or pose a danger to the community if released.

   b.    The immigration judge **SHALL** consider alternative conditions of release and Petitioner's ability to pay bond if he or she determines bond is appropriate. *Hernandez v. Sessions*, 872 F.3d 976, 990–91 (9th Cir. 2017).

   c.    Respondent **SHALL** make a complete record of the bond hearing available to Petitioner and his counsel. *Martinez v. Clark*, 124 F.4th 775, 786 (9th Cir. 2024) (citing *Singh v. Holder*, 638 F.3d 1196, 1200 (9th Cir. 2011)).

3.    The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

**IT IS SO ORDERED**.

Dated:  May 7, 2026

_____
Honorable Linda Lopez
United States District Judge

---

[1] Petitioner requests attorney's fees and costs under the Equal Access to Justice Act [Pet. at 16], which the Court **DENIES without prejudice**.

2

26cv2386-LL-JLB